Amalgamated Union of Operating Engineers, appellee, v. West Englewood Trust & Savings Bank, appellant. Gen. No. 33,432.

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

Deneen, Healy & Lee, for appellant. Kremer, Branand & Hamer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.